# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Gerald Charleston v. Board of Trustees of the University of Illinois at Chicago, James W. Hall, Paula Allen-Meares, Ralph Kehl, and Nancy Wozniak

Case Number: 1:12-cv-9463

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GERALD CHARLESTON

| NAME (Type or print) |
| --- |
| Jason J. Bach |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Jason J. Bach |

| FIRM |
| --- |
| The Bach Law Firm, LLC |

| STREET ADDRESS |
| --- |
| 6053 South Fort Apache Road, Suite 130 |

| CITY/STATE/ZIP |
| --- |
| Las Vegas, NV 89148 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
|  | 702-925-8787 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ✓ NO ☐ |
| --- |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |