IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD CHARLESTON, | ) | |
| | ) | No. 12-cv-9463 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Suzanne B. Conlon |
| | ) | |
| BOARD OF TRUSTEES OF THE | ) | |
| UNIVERSITY OF ILLINOIS AT CHICAGO; | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MOTION TO DISMISS**

Defendants, The Board of Trustees of the University of Illinois (misnamed herein as "Board of Trustees of the University of Illinois at Chicago"), James W. Hall, Paula Allen-Meares, Ralph Kehl and Nancy Wozniak, by and through their attorneys, Norman P. Jeddeloh and Elizabeth A. Thompson (Arnstein & Lehr, LLP *of counsel*), move to dismiss Plaintiff Gerald Charleston's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for all the reasons set forth in the attached Memorandum.

WHEREFORE, Defendants, The Board of Trustees of the University of Illinois (misnamed herein as "Board of Trustees of the University of Illinois at Chicago"), James W. Hall, Paula Allen-Meares, Ralph Kehl and Nancy Wozniak, respectfully request that this Court

enter an order dismissing Plaintiff Gerald Charleston's Complaint with prejudice and for any other relief this Court deems equitable and just.

> Respectfully submitted,
>
> BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS AT CHICAGO; JAMES W. HALL; PAULA ALLEN-MEARES; RALPH KEHL; NANCY WOZNIAK,
>
> By:  /s/ Elizabeth A. Thompson
>         One of their attorneys

Norman P. Jeddeloh
Elizabeth A. Thompson
Arnstein & Lehr LLP, *of counsel*
120 South Riverside Plaza
Suite 1200
Chicago, Il 60606
312.876.7100
10695439.1

## Certificate of Service

  Elizabeth A. Thompson, an attorney, certifies that on January 22, 2013, she electronically filed the above **Motion to Dismiss** with the Clerk of Court by using the CM/ECF system, which sent notification of such filing to all parties of record.

                   /s/ Elizabeth A. Thompson