# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

**\* \* \* \* \***

GERALD CHARLESTON, )
)
     Plaintiff, )    Case No.: 1:12-cv-9463
)
     v. )
)
BOARD OF TRUSTEES OF THE UNIVERSITY )
OF ILLINOIS AT CHICAGO; JAMES W. HALL, )
individually and in his official capacity as )
Associate Dean for Student Affairs; PAULA )
ALLEN-MEARES, individually and in her )
official capacity as Chancellor of the University of )
Illinois at Chicago; RALPH KEHL, individually )
and in his official capacity as Head of Obstetrics )
and Gynecology Dept.; NANCY WOZNIAK, )
individually and as Associate Dept. Head of the )
Obstetrics and Gynecology Dept.; and )
DOES I-XX, inclusive, )
)
     Defendants. )
_____ )

## AMENDED CERTIFICATE OF SERVICE

     Jason J. Bach, an attorney, certifies that on February 7, 2013, he electronically filed the

***OPPOSITION TO DEFENDANTS' 12(b)(6) MOTION TO DISMISS PLAINTIFF'S***

***COMPLAINT AND MEMORANDUM IN SUPPORT THEREOF*** with the Clerk of the Court by

using the CM/ECF system, which sent notification of such filing to all parties of record.


                                 /s/ Jason J. Bach
                                 *Attorney for Plaintiff*