# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 9463 | **DATE** | 3/19/2013 |
| **CASE TITLE** | GERALD CHARLESTON vs. BOARD OF TRUSTEE OF THE UNIVERSITY OF ILLINOIS AT CHICAGO, ET AL | | |

**DOCKET ENTRY TEXT**

Status and motion hearing held. Defendant's motion to dismiss [11] is taken under advisement.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | MG |
|---|---|---|